1  GREGORY F. HURLEY #126791
2  MICHAEL DRURY #177993
   GREENBERG TAURIG LLP
3  650 Town Center Drive, Suite 1700
4  Costa Mesa, CA  92626
   Telephone:  (714) 708-6500
5  Facsimile:   (714) 708-6501
6  E-mail:  drurym@gtlaw.com

7  Attorneys for Defendant
   RALPHS GROCERY COMPANY
8

9

10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12

13  **GEORGE S. LOUIE,**                | Case No.  S 04-2486 WBS/GGH
14             **Plaintiff,**
15
    **v.**                              | **STIPULATION FOR DISMISSAL
16                                      | AND ORDER THEREON**
17  **RALPHS GROCERY COMPANY,**
18             **Defendant**.

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL

**TO THE COURT AND ALL PARTIES:**

Pursuant to a Settlement Agreement and Release between plaintiff, George S. Louie, and defendant, Ralphs Grocery Company, the parties hereby stipulate to and request that Plaintiff's complaint be dismissed with prejudice in its entirety and that all defendants be dismissed with prejudice from this action.

Dated:     April ____, 2005          LAW OFFICES OF KIM F. MALLORY

By:_____

Kim F. Mallory
Attorneys for Plaintiff
GEORGE S. LOUIE

Dated:     May 6, 2005               GREENBERG TRAURIG LLP

By:_____

Michael Drury
Attorneys for Defendant
RALPHS GROCERY COMPANY

**IT IS SO ORDERED:**

**DATED  MAY 6, 2005**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **650 Town Center Drive, Suite 650, Costa Mesa, CA 92626.**

2

STIPULATION FOR DISMISSAL

On May 6, 2005, I served the **STIPULATION FOR DISMISSAL AND ORDER THEREON** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Kim F. Mallory, Esq.
LAW OFFICES OF KIM F. MALLORY
Post Office Box 21146
El Sobrante, CA  94803
Tel.:  (510) 223-3657
Fax.:  (530) 223-3652

☒ **(BY MAIL)**

☒ I deposited such envelope in the mail at Costa Mesa, California.  The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express.  Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number.  Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee.  Executed on Type Date here, at Costa Mesa, California.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3

STIPULATION FOR DISMISSAL

1  ☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and
2                    correct, and that I am employed at the office of a member of
                     the bar of this Court at whose direction the service was made.
3  Executed on May 6, 2005, at Costa Mesa, California.

4

5  _____
                    Signature

6  Deborah West
   _____
                    Print Name

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL